1    **TIMOTHY R. GARRISON**
     California State Bar No. 228105
2    **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
     225 Broadway, Suite 900
3    San Diego, California 92101-5030
     Telephone No. (619) 234-8467
4    Email: timothy_garrison@fd.org

5    Attorneys for Mr. Oropeza-Sanchez

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          )    CASE NO. 08MJ1225
                                        )
11            Plaintiff,                )
                                        )
12   v.                                 )    **NOTICE OF APPEARANCE**
                                        )
13   LUIS OMAR OROPEZA-SANCHEZ,         )
                                        )
14            Defendant.                )
                                        )
15   _____  )

16

17            Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18   Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in

19   the above-captioned case.

20                                    Respectfully submitted,

21

22   Dated:  April 24, 2008           */s/ Timothy R. Garrison*
                                      Federal Defenders of San Diego, Inc.
23                                    Attorneys for Defendant
                                      Timothy_Garrison@fd.org
24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  April 24, 2008                                     /s/ Timothy R. Garrison
                                                          Federal Defenders of San Diego, Inc.
                                                          225 Broadway, Suite 900
                                                          San Diego, CA  92101-5030
                                                          (619) 234-8467  (tel)
                                                          (619) 687-2666  (fax)
                                                          Timothy_Garrison@fd.org (email)