# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CRIMINAL NO. 08MJ1225 |
| Plaintiff                       ) | |
|                                 ) | ORDER |
| vs.                             ) | |
|                                 ) | RELEASING MATERIAL WITNESS |
| Luis Omar Oropeza Sanchez       ) | |
|                                 ) | Booking No. |
| Defendant(s)                    ) | |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody. (**Bond Posted** / Case Disposed / Order of Court).

Eddy Ponciano Juarez

DATED: 5-1-08

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk

RECEIVED _____
DUSM