FILED

MAY - 6 2008

CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RRMrce DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08cr1432-JM |
| Plaintiff, | **INFORMATION** |
| v. | Title 8, U.S.C., Sec. 1324(a)(1)(A)(i) and (v)(II) - Bringing in Illegal Aliens and Aiding and Abetting |
| LUIS OMAR OROPEZA-SANCHEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about April 10, 2008, within the Southern District of California, defendant LUIS OMAR OROPEZA-SANCHEZ, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Francisco Ponciano-Palacios, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: 5/6/08.

KAREN P. HEWITT
United States Attorney

for CALEB E. MASON
Assistant U.S. Attorney

CEM:es:San Diego
4/23/08