| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | CARLOS O. CANTU |
| | Special Assistant United States Attorney |
| 3 | Government Attorney |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5766 |
| | Facsimile:  (619) 235-2757 |
| 6 | Email: carlos.cantu@usdoj.gov |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1432JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| LUIS OMAR OROPEZA SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

Carlos O. Cantu

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None

Please call me at the above-listed number if you have any questions about this notice.

DATED: May 28, 2008

                                  Respectfully submitted,

                                  KAREN P. HEWITT
                                  United States Attorney

                                  /s/ *Carlos O. Cantu*

                                  Carlos O. Cantu
                                  Special Assistant United States Attorney

Notice of Appearance
United States v. Luis Omar Oropeza-Sanchez    2                                  08cr1432JM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08 CR 1432 JM |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| LUIS OMAR OROPEZA-SANCHEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Carlos O. Cantu, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated May 28, 2008, and this Certificate of Service, dated May 28, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Timothy Garrison, Esq.**

*Attorney for defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2008.

/s/ *Carlos O. Cantu*
Carlos O. Cantu
Special Assistant United States Attorney

Notice of Appearance
United States v. Luis Omar Oropeza-Sanchez    3            08cr1432JM